ORIGINAL FILED

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Central District of California
### Western Division

2017 MAR 14 PM 4:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

Case No. **CV17-2037 - GW (AFMx)**
(to be filled in by the Clerk's Office)

Michael Allan Miller II

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Allan Miller II |
| Street Address | General Delivery |
| City and County | Los Angeles, Los Angeles |
| State and Zip Code | California 90012-9999 |
| Telephone Number | None |
| E-mail Address | 3plan3t@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde)
- Job or Title (if known): Singer
- Street Address: 1755 Broadway
- City and County: New York, Manhattan County
- State and Zip Code: New York 10019
- Telephone Number: unknown
- E-mail Address (if known): unknown

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. 2261A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Michael Allan Miller II, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* Ella Marija Lani Yelich-O'Connor (Lorde), is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* New Zealand.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100000000.00 million dollars for distress related to threating me with death if I discuss the circumstances related to her rise in the music industry.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

$100000000.00 million dollars. I have suffered greatly due to this. I am still unsure at what level I will be able to produce music as a result of the trauma I have endured. These events are known to a variety of individuals in the entertainment industry and I may not be able to achieve any level of sucess as a result.

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3-14-2017 / 03/13/2017

Signature of Plaintiff

Printed Name of Plaintiff       Michael Allan Miller II

**B.      For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Introduction

I promoted the unknown artist "Elena Cohen" via Facebook in 2011. Public info and private correspondence were used by Lorde for her persona and song material. It was my intention to go against the grain for the success of myself and the unknown. My efforts were noticed by key industry players and the results have not gone in my favor. The stalking song is meant to be intimidating enough to thwart me from bringing truths about this to light.

## Statement of claim

I am presenting hard evidence in this suit that shows these two artists are connected with each other and myself through three songs, "Team," "Lover and Daughter," & "Yellow Flicker Beat." "Lover and Daughter" was posted on Youtube between Lorde's releases.

The "calling out" both of these artists refer to is derived from a Facebook posting referencing Michael Murphy's "Wildfire" in which one of the subjects calls out to a lost horse.

Cause of action for Lorde's stalking is presented in the lyrics for "Team" in Exhibit 1A.

Exhibit 1

A - Lorde's "Team" lyrics

B - Elena Cohen's "Lover and Daughter" lyrics and posting date

C - Lorde's "Yellow Flicker Beat" lyrics

D - Screenshots of Lorde's release dates

I am including some of the information presented in an Arizona suit as supplemental for simplicities sake.

## Claim Statement

### Stalking 18 U.S.C. 2261A

For distress, trauma, and confusion severely limiting my interactions with multiple aspects of society due to Ella Marija Lani Yelich-O'Connor (a.k.a. Lorde) writing and releasing a stalking song "Team" on the 13th of September, 2013, insinuating death if I discuss the circumstances of this situation. $100 Million dollars.

Supplemental

I have since received slight consultation since statement in Exhibit 5. Evident consultation was inadequate was the ommision of a necessary claim statement for Arizona district court.

Exhibits previously submitted are included with this complaint to add legitimacy/breadth/depth to my claim.

Memorandum

I respectfully request the court waive any grace period in the event my complaint is insufficient enough to proceed. I still do not expect adequate legal counsel for the time being and will remain unaware of any deficiencies.

I also respectfully request the court to dismiss my case without prejudice, if it comes to that, due to such unusual and peculiar circumstances that prevent me from receiving proper counsel until the subversive elements related to this are exposed.

I request the statue of limitations against Lorde's infraction be tolled based on the facts that she has been out of the country for a significant amount of time, my unjust incarceration at the time of the infraction, and distress and trauma related to unusual and peculiar circumstances that have made proper mental therapy unrealistic so far and preventing me from addressing the legality of this situation until recently.

Newer information will bring racketeering allegations against the CEO's of Universal Music Group and Big Machine Records. There was a deal made for the Nashville division of Republic Records after the fact and with both parties well aware of the infraction(s).

Previous - III. Statement of Claim

Facts underlying statement of claim

1. Exhibit packet 1 shows how Lorde reacted to a press release. It is included to discount the notion of frivolity.

    (1) - Document referencing included screenshots showing how and why Lorde intimidated a group of individuals who had some knowledge of these events.

        (1a) - Unknown artist, Elena Cohen released "The Lucky Ones" in December 2011.

        (1b) - Fan posting comment on Elena's song in January 2012.

        (1c) - My tweet to and search results for the account @itselenaabitch.

        (1d) - Two twitter accounts showing up in search results owned by Ohio residents.

        (1e) - Screenshot of emails sent July 23.

        (1f) - Document filed with court containing relayed deception of which artist inspired the other.

        (1g) - Lorde tweeting about Ohio July 25, 2 days after press release.

(1h) - Screenshot of search results at Wikipedia.com of "The Lucky One", Taylor's isn't there.

2. Exhibit packet 2 shows how Lorde reacted after contact with her manager. It is included to discount the notion of frivolity.

(2a) - Email sent to Lorde's manager asking her to get off the fence and make a move.

(2b) - Google search results showing picture was posted within 24 hours of contact.

(2c) - Publicized picture of Lorde holding Taylor's foot as a subservient gesture.

3. Exhibit packet 3 has the dual purpose of showing the cause of action for Lorde's stalking and to discount the notion of frivolity.

(3a) - Lorde "Team" lyrics. Noteable are lines, "...she'll send the call out" and "Even the comatose they don't dance and tell"

(3b) - Elena Cohen "Lover and Daughter" lyrics. Noteable are lines, "...I am calling" and "...bring you light". (This was released in between the other two, but isn't currently available at Youtube account elenaaaxx.)

(3c) - Lorde "Yellow Flicker Beat" lyrics. Noteable is the line "...this is the red, orange, yellow flicker..."

4. Exhibit 4 shows the cause of action for Taylor Swift's stalking. It's a screenshot of the "Blank Space" video meant to harass and threaten me.

5. Exhibit 5 outlines problems occurring in open court that go beyond subpar representation.

6. Cause of action for Lorde's stalking and copyright infringement: Lorde's song "Team" starts out, "Wait 'til yo;u're announced" and is directed to me. This song contains the line, "Even the comatose they don't dance and tell" The vast majority of Lorde's work references . me, the type of person I am, or what I am about. She used both public information and private correspondence in her work. She used this as the basis for her career and I don't think she will stop without intervention.

7. Cause of action for Taylor Swift's stalking and copyright infringement: Included is a screenshot of the "Blank Space" video. This song starts out, "Nice to meet you..." and is directed to me. "Red" was the first album released related to this. "Blank Space" is on the more recent "1989" album. It is unlikely any of this would have come about without her assistance. She continues to push the envelope although a great many people in the industry know whats going on.

8. Cause of action, bribery: I didn't allege Lorde was somehow connected to my case until 2015. I was out on ROR on my 6th attorney. I submitted multiple documents of circumstantial evidence that there were multiple artists with songs related to events surrounding my case. Conversations were had between myself and the judge about the circumstances surrounding my case and my defense. When my 8th attorney was appointed the judge spoke on my behalf and explicitly stated he would not tolerate a motion for a psychological evaluation. At a subsequent proceeding it was discussed and agreed upon that I would be appointed pro se at my next hearing. He instead accepted an aforementioned motion. I will note I think he was uncomfortable with this decision.

# 1A

Team

Wait 'til you're announced ---------------Directing the song to me
We've not yet lost all our graces
The hounds will stay in chains
Look upon Your Greatness and she'll send the call out -------------Referencing Elena
(Send the call out) [15x]

Call all the ladies out
They're in their finery
A hundred jewels on throats
A hundred jewels between teeth
Now bring my boys in
Their skin in craters like the moon
The moon we love like a brother, while he glows through the room

Dancin' around the lies we tell
Dancin' around big eyes as well
Even the comatose they don't dance and tell -------- Cause of Action Stalking 18 USC 2261A

We live in cities you'll never see on screen
Not very pretty, but we sure know how to run things
Living in ruins of a palace within my dreams
And you know, we're on each other's team

I'm kind of over getting told to throw my hands up in the air, so there
So all the cups got broke shards beneath our feet but it wasn't my fault
And everyone's competing for a love they won't receive
'Cause what this palace wants is release

We live in cities you'll never see on screen
Not very pretty, but we sure know how to run things
Living in ruins of a palace within my dreams
And you know, we're on each other's team

I'm kind of over getting told to throw my hands up in the air
So there
I'm kinda older than I was when I revelled without a care
So there

We live in cities you'll never see on screen
Not very pretty, but we sure know how to run things
Living in ruins of a palace within my dreams
And you know, we're on each other's team
We're on each other's team
And you know, we're on each other's team
We're on each other's team
And you know, and you know, and you know



1B

elenaaaxx
Subscribe 11,038

Add to · Share · More

**Published on Jan 9, 2014**
I can be a daughter
A body of the lost decree
I'll come in with the waters
On horses carried by the sea

Lead me to the altar
Hold me down as offering
And if I lay perfectly still
Would you wait, or would you leave

So run now, run away
Hide, hide, you can hide away
And you can hear me
I am calling, calling — Here (Team) ---------

Cold as the winter
Two words, a mystery
In the dark you'll sing your prayers
And I will follow you
Where lovers sleep
The deadest place I've ever seen

So run now, run away
Moving faster than the one you crave
And you can hear me
I am calling, calling — Here (Team) ---------

And I heard your voice waking up a history
Screaming in the holy night while the gardens weep
And you could ignite, but won't decide
Looking like a guilty thing, here waiting for me

So run now, you can run away
With no answer while you dig your grave
And you can hear me
I am calling, calling out your name, your name — Here (Team) ---------

Won't you be the end of me
And I can be the sweetest thing
To wander through your fevered dreams
And bring you light to remember me — Here (Yellow Flicker Beat) -----
Bring you light to remember me by

Session Man...

Copyright 2014
Category    Music

1C

Yellow Flicker Beat

<u>Lorde</u>

I'm a princess cut from marble, smoother than a storm.
And the scars that mark my body, they're silver and gold,
My blood is a flood of rubies, precious stones,
It keeps my veins hot, the fire's found a home in me.
I move through town, I'm quiet like a fight,
And my necklace is of rope, I tie it and untie.

And now people talk to me, but nothing ever hits home
People talk to me, and all the voices just burn holes.
I'm done with it (ooh)

This is the start of how it all ends
They used to shout my name, now they whisper it
I'm speeding up and this is the red, orange, yellow flicker beat sparking up my heart -----here
We're at the start, the colours disappear
I never watch the stars, there's so much down here
So I just try to keep up with the red, orange, yellow flicker beat sparking up my heart -----here

I dream all year, but they're not the sweet kinds
And the shivers move down my shoulder blades in double time

And now people talk to me, I'm slipping out of reach now
People talk to me, and all their faces blur
But I got my fingers laced together and I made a little prison
And I'm locking up everyone who ever laid a finger on me
I'm done with it (ooh)

This is the start of how it all ends
They used to shout my name, now they whisper it
I'm speeding up and this is the red, orange, yellow flicker beat sparking up my heart-----here
We're at the start, the colours disappear
I never watch the stars, there's so much down here
So I just try to keep up with the red, orange, yellow flicker beat sparking up my heart -----here

And this is the red, orange, yellow flicker beat sparking up my heart-----here
And this is the red, orange, yellow flicker beat-beat-beat-beat -----here

Songwriters: Ella Marija La Yelich O'connor / Joel Little

Yellow Flicker Beat lyrics © Peermusic Publishing, Sony/ATV Music Publishing LLC












10

W https://en.wikipedia.org/wiki/Team_(Lorde_song) W Team (Lorde song) - Wikip... ×

File Edit View Favorites Tools Help

Page ▾ Safety ▾ Tools ▾

WIKIPEDIA
The Free Encyclopedia

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia
Wikipedia store

Article Talk

WIKIMEDIA FOUNDATION

Should Wikimedia content be licensed under the latest Creative Commons lic

Participate in the discussion between October 5 and November 8!

# Team (Lorde song)

From Wikipedia, the free encyclopedia

"**Team**" is a song by New Zealand singer Lorde, taken from her debut studio album, *Pure Heroine* (2013). The song was released on 13 September 2013 as the album's third s

W https://en.wikipedia.org/wiki/Yellow_Flicker_Beat W Yellow Flicker Beat - Wikipe... ×

File Edit View Favorites Tools Help

Page ▾ Safety ▾ Tools ▾

WIKIPEDIA
The Free Encyclopedia

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia
Wikipedia store
Interaction

WIKIMEDIA FOUNDATION

Should Wikimedia content be licensed under the latest Creative Commons license?

Participate in the discussion between October 5 and November 8!

# Yellow Flicker Beat

From Wikipedia, the free encyclopedia

"**Yellow Flicker Beat**" is a song by New Zealand singer Lorde. Written by Lorde and Joel Little and produced by Little and Paul Epworth the song was released on 29 September 2014 as the *The Hunger Games: Mockingjay – Part 1* by Republic Records. "Yellow Flicker Beat", which features an electronic production, is characterised as an art pop and electropop song. Its style was

tumblr.com/post/16001151360/elena-cohen-the-lucky-on

Tools Help

Elena Cohen - The Lucky Ones

god damn i swear this girl just keeps or already!!!

If you haven't heard of her, just click or away!!!!

elena cohen elena cohen elenaa

Posted on January 17, 2012

Web Videos Images Shopping News More

About 559 results (0.49 seconds)

**The Lucky Ones-Elenaaaxx - YouTube**

https://www.youtube.com/playlist?list=PL8391AFCE10FA927F

The Lucky Ones-Elenaaaxx. by chocolat4hogs; 10 videos; 13 views; Dec 16, 2011. Play all. Share. Loading... Save ...

http://en.wikipedia.org/wiki/Lucky_One

View Favorites Tools Help

Page Safety Tools

WIKIPEDIA

Article Talk

# Lucky One

From Wikipedia, the free encyclopedia

**Lucky One, Lucky Ones, The Lucky One** or **Th**

Music [edit]

**Songs** [edit]

- "Lucky One" (song), a 1994 single by Amy Grant
- "Lucky Ones", a 1981 song by Loverboy from the album *Get Lucky*
- "Lucky Ones", a 2007 song by Kevin Drew
- "Lucky Ones", a 2012 song by Lana Del Rey, from her album *Born t*
- "The Lucky One" (Faith Hill song), 2006
- "The Lucky One" (Laura Branigan song), 1984
- "The Lucky One" (Alison Krauss song), 2001
- "The Lucky One" (Coldwell song), 2010
- "The Lucky One", a 2012 song by Taylor Swift from her album *Red*

No Link

**Tyrin Nelson**

La Salle '11 Miami University '15 #LancersRollDeep #TeamDrkoget

Cincinnati, OH

Joined July 2011

Tweet to Tyrin Nelson

**Enisa Danielle Hayes**

Blogging for the ADD. less than 140 characters at a time.

513, Ohio

Joined February 2009

Tweet to Enisa Danielle Hay...

@itsElenaaBitch so scandal here :x check her email/tube

Space Cadet @itsElenaaBitch

**Documents previously submitted as part of Exhibit 1**

https://navigator... lorde puzzle chie - Go... Lorde on Twitter: "jami... Free Email Addresse...

File Edit View Favorites Tools Help

Page Safety Tools

GMX Home Email Contacts Organizer File Storage

Delete Forward Resend More Sort

| | | | |
|---|---|---|---|
| webmaster@straightdope.com | what did i do wrong?? | 8/3/15 | 1.79 KB |
| krazyrayray@gmail.com | you r powerful enuf to help w/music industry s | 7/30/15 | 1.18 MB |
| trent@pinkisthenewblog.com | all related: katy vs taylor, lorde, macklemore | 7/30/15 | 5.28 KB |
| tips@justjared.com | all related: katy vs taylor, lorde, macklemore | 7/30/15 | 5.29 KB |
| tips@okmagazine.com | katy vs taylor, lorde, macklemore...all related | 7/30/15 | 5.43 KB |
| contact@hello.media | katy vs taylor, lorde, macklemore...all related | 7/30/15 | 5.44 KB |
| info@celebitchy.com | scandal | 7/30/15 | 5.27 KB |
| yohana@mashable.com | you can help more than yourself by helping me | 7/24/15 | 970.68 KB |
| bobzilla77@gmail.com | The day the earth stood still | 7/23/15 | 1.17 MB |
| paul@la.com | The day the earth stood still | 7/23/15 | 1.17 MB |
| info@inmag.com | The day the earth stood still | 7/23/15 | 970.44 KB |



**Lorde** ✓
@lordemusic

― Follow

jamie xx did a great beats 1 show last night perfect for turning up we listened to it while we did a 1000 piece jigsaw of the state of ohio

RETWEETS 961   FAVORITES 4,221   

Previously Exhibit 1 Continued

3:36 PM - 25 Jul 2015

---

CR2012910-001
9-4-13
A-mn
Judge Simmons

Document #1

Taylor Swift released "The Lucky One" previous to December 2011. Elena arranged it from the 1st person's perspective. I think Taylor's is from the 3rd person's. I only know "She chose the rose garden over Madison Square" as one line in a song about an artist choosing to not pursue a career in the entertainment industry.

I didn't know anything about Taylor's version until I read an article in Parade while incarcerated. The article said it would be on her album "Red".

Before I continue let me point out Elena has an original called "Follow Me Down". That is a take on AC/DC's "Highway to Hell". She is singing about a singer and a groupie where she'll be dancing. I don't know if a song "Highway to Hell" was the basis since it's possible she never heard it beforehand, but I assumed so shortly after I first heard it early 2011. Songs can be leaked and/or released before an album is available. Elena seems to appreciate Taylor's art much more than I do. Beyoncé. Ms. Swift's earlier work was somewhat notable, but there seems to be even less intellectual depth in her recent Pop genre songs than in her already superficial country songs.

I simply didn't know who was inspired by who. Only because Elena's songwriting and vocal abilities are, in my opinion, good enough to stand out from the crowd, did I give consideration that perhaps Taylor used Elena's original as the basis for her song.



### wassup

**Mike miller** <entertainmentplanet@yahoo.com>  04/28/15
To Lorde's Manager

now would be the only good time to resolve this situation. a day or two. looks bad no matter how y(ou)
it up really.....my side? been some fence ridin goin on(at best). since mid april could have gotten o(ff)
yes?

what it is and has been, no need to wait and see for ella.

move

Reply, Reply All or Forward | More

More images for lorde holding taylor swift feet

**Photo of Lorde holding Taylor Swift's foot confuses ever**(yone)
www.nzherald.co.nz/entertainment/news/article.cfm?c... ▼ The New Ze(aland)
Apr 30, 2015 - A photo of Lorde holding Taylor Swift's foot has gone viral
Swift is perched precariously on the bike and her feet can't quite ...

**Why is Lorde Holding Taylor Swift's Foot in This Mysteri**(ous)
www.gq.com/story/why-is-**lorde**-**holding**-**taylor**-**swifts**-foot-in-this-instag(ram)
Apr 30, 2015 - Earlier this week, Taylor Swift posted the above photograph
following is an attempt to answer the question: Why is Lorde holding Taylo(r)
time Lorde pulls on Taylor Swift's leg, a twelve-year-old girl feels a little les(s)

**Taylor Swift Posted A Pic And There's Something Off Ab**(out)
www.buzzfeed.com/.../can-you-spot-whats-weird-about-this-picture-**taylo**(r)
Apr 29, 2015 - **Taylor Swift** posted this picture to Instagram Wednesday. T(o)
some reason, Lorde is holding Taylor Swift's foot. For some ...

**These were the documents previously submitted as Exhibit 2**





LYRICS:
I always have a blank look on my face
Like those twins in that hallway in the Shining
I'm not allowed to move my lips
Cus my singing face is really homely
And every song is like Baa Baa black sheep, Bingo Was his n
Let it snow, Somewhere over the rainbow
Was that wrong?
I've only heard of those four songs
Me and my friends are all
Coupons, Ramen
Holdin' up the dollar store
2 buck chuck and ballin' on a dirty floor, we don't care
We're aren't caught up in your love of chairs
And we're covered in boils
We get in fights in slo mo
My T.V. only picks up snow
But its our favorite T.V. show
Can I borrow your ruler ruler
your pencils, and your lunch moneyl
And maybe your glue your glue your glue
SCHOOLMATE
No, aren't you on M.T.V.
LORDE (spoken)
No, that's a different Lorde, altogether. I'm really poor. Can'y
LORDE
My friends and I we're kind of gross
We punch each other in the face cus it's funny
We like to steal a hobo's clothes
and pretend we're him
and beg people for money
And everybody's like oh that's sad here have a couple dollars
Can I take you to a homeless shelter
We need cash we're raising money for our b'ball team

Lorde- Royals PARODY!! Key Of Awesome #78
 The Key of Awesome

# Previously - Exhibit 5

20. I was incarcerated from October 2012 to April 2014. I believe my defense was tampered with. These are indisputable facts that occurred in open court.

21. 2nd attorney claimed to have mailed 2 original documents of mine to 3rd attorney

22. 3rd attorney claimed to never have received them. She withdrew, not at my request, on her 2nd apperance.

23. 4th attorney notified court of intent to file "Guilty but Insane" plea although this and other aspects of my case were covered and not my desired path.

24. 5th attorney had a doctor picked out for an evaluation prior to submitting a motion.   I had already passed two evaluations at the jail, these were previous to my 4th attorney as well.

25. 6th attorney (advisor)    He showed up in court that he received a memo about being my advisor, as this was discussed previously. He was well known by inmates and staff. I asked the court to appoint him as my attorney instead. Behind closed doors he said he would be my advisor, not at my request. I spent considerable time working on my bail motion without any newer information than he had his first day. He went on record with a blatant lie in court, telling the judge I said the bench was on the take. <u>In a recorded and transcribed conversation with the prosecutor I was very careful to say I was only pointing out facts</u>. I was learning more about what was going on related to these and other artists while released, and pieces started falling into place.

26. 7th attorney emailed me back that she would withdraw the day after I notified her Lorde broke with her manager as a result of my press releases, and that should be a big breakthrough for my defense.

27. I asked my 2nd and 3rd attorneys to contact the management of Taylor Swift to see if she had been following the events on Facebook and would be interested in helping with my bail, etc. Nothing else related to her, any celebrity, or the industry as a whole, just Elena Cohen, was discussed with the other attorneys until I was out on ROR bail, attorney #6. I have prepared this complaint myself. These are my own words. I have not received any legal advice or consultation for this.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Michael Allan Miller II

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

Ella Marija Lani Yelich-O'Connor (AKA Lorde)

**(b) County of Residence of First Listed Plaintiff** Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** New Zealand
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [ ] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No  (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   [X] **MONEY DEMANDED IN COMPLAINT:** $ 100,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

18 U.S.C. 2261A

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 470 Racketeer Influ-enced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 480 Consumer Credit | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 850 Securities/Com-modities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [X] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: **CV17-2037**

CV-71 (07/16)    CIVIL COVER SHEET    Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☐ No |

CV-71 (07/16)             CIVIL COVER SHEET             Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _/s/ Nal Nul_        DATE: 3-14-2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |